IN RE: David William MALABY, Jr.,
Arkansas Bar I.D. # 81204

96-47                                                                   913 S.W.2d 305

Supreme Court of Arkansas
Opinion delivered January 29, 1996

Per Curiam. Based upon the order and findings of the Miller County Circuit Court and the supreme court's present petition, we hereby order that David William Malaby, Jr., be barred from the practice of law in the State of Arkansas and direct that his name be removed from the list of attorneys authorized to practice law in this state.